

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-12-2001

# GM Corp Chevrolet v. New A.C. Chevrolet

Precedential or Non-Precedential:

Docket 00-5251

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"GM Corp Chevrolet v. New A.C. Chevrolet" (2001). *2001 Decisions.* Paper 289.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/289

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
              IN THE UNITED STATES COURT OF APPEALS
                    FOR THE THIRD CIRCUIT

                         No.  00-5251

                  GENERAL MOTORS CORPORATION
                   CHEVROLET MOTOR DIVISION


                              v.

                  THE NEW A.C. CHEVROLET, INC.
               dba THE NEW A.C. CHEVROLET, Appellant
                   (D.C. Civil No. 98-cv-00112)

            Before: BECKER, Chief Judge, RENDELL and MAGILL,
                       Circuit Judges.
                  _____


                    ORDER AMENDING OPINION
                  _____
```

The slip opinion filed on August 27, 2001 in the above case is hereby amended as
follows:

   1.  In the first footnote signaled by an asterisk, the correct initial for Judge Magill
should be J.

   2.  On page 3, line 12, the word "as" should be added after the word "well."

   3.  On page 17, second paragraph of footnote 3, line 4, the word "finality" should
be replaced with "final."

   4.  On page 21, first full paragraph, second line from the bottom, add the word
"the" before the word "premises."

   5.  On page 26, line 2, add commas after the words "provisions" and "general."

   6.  On page 27, in footnote 8, paragraph 2, third line from the bottom, the line
should read: contractual agreements as well" . . . "has been carried into the franchise.

   7.  On page 45, Section 2, first paragraph, line 1, add the word "the" before "legal
framework."

                            BY THE COURT:

                                        /s/ Edward R. Becker
                                            Chief Judge

DATED: December 12, 2001